

FILED & JUDGMENT ENTERED
Steven T. Salata

June  27  2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

Delores Katherine Dunfee                                Chapter 13

SSN#: XXX-XX-3746                                CASE NO:   18-31413

Related Document #: 16

**ORDER**

ON 06/25/2019,  AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION  WITHOUT PROTEST UPON:

Motion to Modify Plan to include the priority claim of NC Department of Revenue for $4,922.99 - Trustee Claim #8 and to pay all claims as required by the order of confirmation and applicable law

**AND, THIS COURT FINDS** that:

The above-referenced claim(s) was scheduled for a lesser amount. The plan is not sufficient to pay all claims as required by the order of confirmation and applicable law.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are changed to **$1,175.00** per month.

**MOTION is GRANTED**.

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE